IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

CHARLOTTE GULLEY, Individually
and on behalf of all others similarly
situated                                                                                           PLAINTIFF

VS.                                      Case No. 03-CV-4087

ASHDOWN SCHOOL DISTRICT                                              DEFENDANT

## ORDER

Before the Court is Plaintiff's Motion for Voluntary Dismissal With Prejudice. (Doc. 16) Defendant has not responded. Upon consideration, the Court finds the motion should be and hereby is **granted.** Plaintiff's claims against Defendant are hereby dismissed with prejudice.

IT IS SO ORDERED, this 12th day of September, 2005.

/s/ Harry F. Barnes
Harry F. Barnes
U.S. District Court